```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

HENRY HINTON, JR.                                        PLAINTIFF

VS.                         CIVIL ACTION NO. 5:15-cv-77(DCB)(MTP)

PIKE COUNTY, ET AL.                                     DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S CLAIMS THAT DEFENDANTS
<u>FAILED TO ADEQUATELY RESPOND TO HIS GRIEVANCES</u>

This cause is before the Court on the plaintiff Henry Hinton, Jr.'s <u>ore</u> <u>tenus</u> motion to dismiss certain claims, and on the Report and Recommendation of Magistrate Judge Michael T. Parker **(docket entry 66)**.

During an omnibus hearing held on October 26, 2016, the plaintiff advised Magistrate Judge Parker that he no longer wishes to pursue certain claims and wants them dismissed.  None of the defendants objected to the plaintiff's request.  Furthermore, as found in Magistrate Judge Parker's Report and Recommendation, the plaintiff's allegations that the defendants failed to adequately respond to his grievances do not amount to a constitutional violation.  <u>See</u> <u>Geiger v. Jowers</u>, 404 F.3d 371, 373-74 (5th Cir. 2005)(holding inmate does not have a federal protected liberty interest in having prison grievances investigated or resolved to his satisfaction); <u>Dehghani v. Vogelgesang</u>, 226 Fed. App'x. 404, 406 (5th Cir. 2007).

Neither plaintiff nor defendants have filed any objections to

the Report and Recommendation.  The Court finds that the Report and Recommendation should be adopted, and the plaintiff's claims that the defendants failed to adequately respond to his grievances should be dismissed.  This case shall continue as to the remaining claims.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 66)** is ADOPTED as the opinion of this Court;

FURTHER ORDERED that the plaintiff's claims that the defendants failed to adequately respond to his grievances are hereby DISMISSED;

FURTHER ORDERED that this case shall continue as to the remaining claims.

SO ORDERED, this the 30th day of November, 2016.


/s/ David Bramlette
UNITED STATES DISTRICT JUDGE