# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**HENRY HINTON, JR.**                                                   **PLAINTIFF**

**v.**                                       **CIVIL ACTION NO. 5:15-cv-77-DCB-MTP**

**PIKE COUNTY, ET AL.**                                         **DEFENDANTS**

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Plaintiff's Motion for Entry of Default Judgment [79]. Having carefully considered the Motion and the record, the undersigned recommends that the Motion [79] be DENIED.

On April 28, 2016, Plaintiff filed a Motion to Amend [42], in which he sought to add Sheriff Mark Sheppard, Captain Glen Green, and Lieutenant Smith as defendants. That same day, the Court granted the Motion [42] and directed the Clerk of Court to issue a *Notice of Lawsuit and Request to Waive Service of a Summons* to these Defendants. *See* Order [43]. On August 4, 2016, Defendants Sheppard, Green, and Smith submitted a waiver of service of summons [59]. At the omnibus hearing held on October 26, 2016, the Court found good cause to extend these Defendants' deadline to answer and directed them to file their answer or other responsive pleading on or before November 11, 2016. *See* Order [65].

On November 7, 2016, Defendants Sheppard, Green, and Smith filed an Answer [67]. On December 21, 2016, however, Plaintiff filed his Motion for Entry of Default Judgment [79], arguing that Defendants "failed to file an answer." As Defendants filed their Answer [67] within the deadline set by the Court, Plaintiff's Motion [79] should be DENIED.

## NOTICE OF RIGHT TO OBJECT

In accordance with the rules and 28 U.S.C. § 636(b)(1), any party within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the judge, the magistrate judge and the opposing party. The District Judge at the time may accept, reject or modify in whole or part, the recommendations of the Magistrate Judge, or may receive further evidence or recommit the matter to this Court with instructions. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court to which the party has not objected. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428-29 (5th Cir. 1996).

THIS the 19th day of January, 2017.

                                             s/Michael T. Parker
                                             UNITED STATES MAGISTRATE JUDGE