```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

HENRY HINTON, JR.                                        PLAINTIFF

VS.                         CIVIL ACTION NO. 5:15-cv-77(DCB)(MTP)

PIKE COUNTY, ET AL.                                      DEFENDANTS

### ORDER DENYING RECONSIDERATION OF ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This cause is before the Court on the plaintiff Henry Hinton, Jr.'s Motion to Reconsider **(docket entry 63)** this Court's Order Adopting the Report and Recommendation of Magistrate Judge Michael T. Parker (docket entry 62).  In adopting the Report and Recommendation, the Court found that the plaintiff's Motion for Default Judgment (docket entry 48) against defendant Pike County should be denied on grounds that defendant Pike County filed a responsive pleading in this action plainly denying the plaintiff's factual allegations.  The Court therefore finds that the plaintiff's Motion to Reconsider is without merit.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff Henry Hinton, Jr.'s Motion to Reconsider **(docket entry 63)** this Court's Order Adopting the Report and Recommendation of Magistrate Judge Michael T. Parker (docket entry 62) is DENIED.

SO ORDERED, this the 26th day of January, 2017.


                              /s/ David C. Bramlette
                              UNITED STATES DISTRICT JUDGE