```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


HENRY HINTON, JR.                                      PLAINTIFF

VS.                          CIVIL ACTION NO. 5:15-cv-77(DCB)(MTP)

PIKE COUNTY, ET AL.                                   DEFENDANTS
```

                                ORDER

     This cause is before the Court on the plaintiff Henry Hinton, Jr.'s Motion to Reconsider **(docket entry 108)** this Court's Order (docket entry 107) denying as moot the plaintiff's motions for partial default judgment and summary judgment (docket entry 89), denying the plaintiff's motion for partial summary judgment (docket entry 90), and adopting the Report and Recommendation of Magistrate Judge Michael T. Parker (docket entry 92).

     As grounds therefor, the plaintiff alleges that the Court did not conduct a de novo review of those portions of the Report and Recommendation to which the plaintiff objected.  However, the plaintiff voluntarily withdrew his motions for partial default judgment and summary judgment; thus, no de novo review was required.  As for the plaintiff's motion for partial summary judgment, the Court conducted de novo review and found that the plaintiff's motion was untimely.  Furthermore, the Court found that the plaintiff had failed to meet his burden of demonstrating the absence of a genuine issue of material fact, and had failed to show that he was entitled to judgment as a matter of law.  Therefore,

the plaintiff's motion for reconsideration shall be denied.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff Henry Hinton, Jr.'s

Motion to Reconsider **(docket entry 108)** is DENIED.

SO ORDERED, this the 14th day of July, 2017.


/s/ David Bramlette
UNITED STATES DISTRICT JUDGE