```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


HENRY HINTON, JR.                                      PLAINTIFF

VS.                    CIVIL ACTION NO. 5:15-cv-77(DCB)(MTP)

PIKE COUNTY, ET AL.                                   DEFENDANTS
```

ORDER

This cause is before the Court on the plaintiff Henry Hinton, Jr.'s Motion to Reconsider **(docket entry 109)** this Court's Order (docket entry 106) denying as moot the plaintiff's motion for partial summary judgment (docket entry 69) and adopting the Report and Recommendation of Magistrate Judge Michael T. Parker (docket entry 98).

As grounds therefor, the plaintiff alleges that his motion to extend time to file objections was erroneously applied to the wrong motion, and that good cause was shown to extend the time for filing dispositive motions. However, the Court's Order (docket entry 106) found that both the plaintiff's motion for additional time and his objections were timely filed, and the Court granted the motion for additional time. Order, p. 1. However, the Court further found that genuine issues of material fact existed, and that the plaintiff failed to show that he is entitled to judgment as a matter of law. Therefore, the plaintiff's motion for reconsideration shall be denied.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff Henry Hinton, Jr.'s Motion to Reconsider **(docket entry 109)** is DENIED.

SO ORDERED, this the 14th day of July, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE